# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| INSIGHT INVESTMENTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:18-CV-00531-ALM-KPJ |
| | § | |
| ICON CONSTRUCTION, INC. and | § | |
| UNITED EXCEL CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 12, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #104) that the Application for Writ of Sequestration or in the Alternative an Order Compelling Defendant United Excel Corporation to Return Plaintiff's Personal Property to Texas or Post a Bond (Dkt. #86) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the Application for Writ of Sequestration or in the Alternative an Order Compelling Defendant United Excel Corporation to Return Plaintiff's Personal Property to Texas or Post a Bond (Dkt. #86) is hereby **DENIED**.

**IT IS SO ORDERED**.
**SIGNED this 28th day of August, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE